

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EJK:TF

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

August 17, 2011

By ECF

The Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  United States v. Darrell Fulton
            Docket No. 93 CR 1049 (FB)

Dear Judge Block:

      The government writes to request an extension of time
by which to file its response in the above-captioned matter to
the defendant's pro se motion pursuant to Title 18 United States
Code Section 3582(c)(2), seeking a reduced sentence.  The
government's response is currently due on August 26, 2011, and
the government respectfully requests an extension until September
26, 2011.

                   Respectfully submitted,

                   LORETTA E. LYNCH
                   UNITED STATES ATTORNEY

By:   /s/_____
       Tali Farhadian
       Assistant U.S. Attorney
       (718) 254-6290